IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PERFORMANCE FIBERS, INC. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| ACE AMERICAN INSURANCE COMPANY | : | NO. 12-cv-4852 -EL |

O R D E R

AND NOW, this 30th day of August, 2013, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

ORDERED that this action is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

Jurisdiction is retained to supervise and, if necessary, enforce implementation of settlement agreement or other consensual disposition.

**MICHAEL E. KUNZ, Clerk of Court**

**BY:** /s/ K. Crispell
Kathryne M. Crispell
Deputy Clerk

Copies to: (by E-Mail)

- **THOMAS S. BROWN**
  tbrown@butlerpappas.com,abudd@butlerpappas.com
- **LISA M. CAMPISI**
  lcampisi@morganlewis.com
- **JEFFREY CRAWFORD**
  JCrawford@moundcotton.com
- **GRETCHEN HENNINGER**
  ghenninger@moundcotton.com
- **DAVID A. LUTTINGER**
  dluttinger@morganlewis.com
- **JOHN C. MEZZACAPPA**
  jmezzacappa@moundcotton.com
- **RICHARD J. PEARL**
  rpearl@morganlewis.com,ctorres@morganlewis.com
- **LAUREN SILVESTRI**
  lsilvestri@morganlewis.com,lcampisi@morganlewis.com,dchefitz@morganlewis.com,rpearl@morganlewis.com,cmckenna@morganlewis.com
- **COSTANTINO P. SURIANO**
  csuriano@moundcotton.com